UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


RICKY HAWTHORNE,

     Plaintiff,

                                        Case No. 1:25-cv-416

v.

                                        Hon. Hala Y. Jarbou

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

     Defendants.

_____/

## **ORDER**

In this prisoner civil rights case, Plaintiff has filed a pro se motion requesting that the Court order Defendant the Michigan Department of Corrections (MDOC) to provide him photocopies of the exhibits attached to its motion for summary judgment.  Plaintiff argues that the MDOC's policies require it to loan money to Plaintiff for the purposes of photocopying documents that are necessary for his court filings, and that failing to do so violates his constitutional right to court access.  In response, the MDOC notes that the documents Plaintiff seeks copies of have already been filed with the Court as exhibits to the MDOC's prior motion, so it is unnecessary for Plaintiff to file additional copies as an exhibit to his filings.  On January 7, 2026, Magistrate Judge Phillip J. Green issued a report and recommendation (R&R) that the Court deny Plaintiff's motion because requiring additional photocopying is unnecessary (ECF No. 47).  Plaintiff subsequently filed objections to the R&R (ECF No. 48).

Upon review of an R&R, the Court "must determine de novo any part of the magistrate judge's disposition that has been properly objected to."  Fed. R. Civ. P. 72(b)(3).  Plaintiff's objection reiterates his request for photocopying, but does not address the primary reason provided

in the R&R for denying the motion: namely, the fact that additional photocopies of prior exhibits serve little purpose.  Plaintiff presumably has access to these exhibits given that he has been mailed a copy of the MDOC's motion for summary judgment.  (*See* ECF No. 25, PageID.223.)  There is no need to attach additional copies of those exhibits to his filings, as he is free to reference the exhibits already filed by the MDOC on the docket.  Plaintiff also expresses concern about preserving the record on appeal, but there is no reason to think referencing exhibits from another parties' filings would create any issues for an appeal.  Finally, Plaintiff objects to the magistrate judge's decision to construe his request as one for a preliminary injunction, but this objection is meritless because the Court would deny the request regardless of how it is construed.

Accordingly,

**IT IS ORDERED** that Plaintiff's objections to the R&R (ECF No. 48) are **OVERRULED**.

**IT IS FURTHER ORDERED** that the R&R (ECF No. 47) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for an order requiring Defendant the Michigan Department of Corrections to make photocopies of exhibits (ECF No. 43) is **DENIED**.

Dated: February 18, 2026            /s/ Hala Y. Jarbou
                                    HALA Y. JARBOU
                                    CHIEF UNITED STATES DISTRICT JUDGE

2